Cause No. _____

| | |
|---|---|
| Marilyn R. Pickaree<br>Plaintiff Pro Se Litigant | United States District |
| | Courthouse |
| vs. | |
| | Southern District Of Texas |
| Eli Lily Pharmaceutal | |
| Company, as well as their | Bob Casey Federal Court |
| Respective Parent Entities, | |
| Subsidiaries, Affiliates, Interrelated | Houston, Harris County, Tx |
| Companies, Unincorporated | |
| Divisions, Partners and Joint | |
| Venturers, and Each Of Their | |
| Employees, Servants, Attorneys, | |
| Officers, Directors, Shareholders, | |
| Trustees, Agents, Administrators, | |
| Predecessors, Successors, Fiduciaries, | |
| Insurers and Reinsurers, Underwriters, | |
| Legal Representatives and Assigns, | |
| herein. | |
| Defendant(s). | Consolidated |

Plaintiff Pro Se, Marilyn R. Pickaree, "Original Petition" and Related Fact(s) as to pending Litigation to have Pharmaceutal Entity, Eli Lilly Pharmaceutal Company accountable to all individuals who had "Withdrawal Symptoms and/or Side Effects" from the medication Cymbalta after usage of a period span of 3 days to 2 weeks or more.

## A. INTRODUCTION

Within the context of the law(s) govering the use of Eli Lilly Pharmaceutal

Company, medication known as "Cymbalta" that was widely prescribed for

individuals medical diagnosis(es) and conditions since the anti-depressant

medication entered the market in 2004. Since the emergence of Cymbalta the controversy about the drug's labeling on Cymbalta's medication omitted important information about the drug's withdrwal risks in the Company's labeling and marketing materials and consumers were unable to make an informed choice and as to use the medication.

Consumers and healthcare professionals nationwide have not been fully and accurately informed of the frequency, severity and/or duration of Cymbalta Withdrwal since Cymbalta first entered the market in 2004. Eli Lilly through it's nationwide marketing strategy led consumers and healthcare professionals to believe that Cymbalta Withdrwal is rare or uncommon. In truth, a significant percentage of Cymbalta Users experience withdrawal.

Eli Lilly misled consumers about Cymbalta Withdrwal according to dozen (s) of Lawsuits filed across the U.S. It is an estimated 44% to 78% of people who stop taking Cymbalta (also known as brand name: Duloxetine) will suffer from withdrawal reactions, yet the warning label for Cymbalta misleadingly suggests the risk is "greater than or equal to 1%". Cymbalta, which is classified as an anti-depressant is used to treat certain conditions and the elimination times and typical onset of withdrawal symptoms after stopping anti-depressants has serious conquenceses. It has been noted that in a Cymbalta study that shows at least 44% to 51% in withdrawal risk that a 9.6% to 17.2 % are severe.

## B. FACTS

---------------------------------------------------------------

The fact(s) involving Cymbalta comes from a long study of consumers with serious conquences involving Cymbalta Withdrawal (please read Plaintiff's "Original Petition, Subsection A.INTRODUCTION) as to the serious side-effects of discontunation of this medication.

Plaintiff, Marilyn R. Pickaree, was a consumer of Eli Lilly's "Cymbalta" during April 2008 as to her neurologist, Dr. Martin G. Rossi, MD prescribing her Cymbalta to her as to replace her existing medication Neurotin (brand name : Gabapentin) to treat her Perperhal Neuropathy condition and depression diagnosis After taking Cymbalta for a duration of 4-5 days, Ms Pickaree was rushed to the Emergency Room at Memorial Hermann Southwest Hospital in Houston, Texas by EMS paramedic personal as she called the EMS as to her experiencing severe chest pains. Upon arrival @ her apartment the initial vital signs were above-normal. The blood pressure reading was 220/110 and Ms. Pickaree told the EMS paramedic about the switch of medications her neurologist made from Neurotin to Cymbalta, but the Cymbalta caused the abnormal Blood Pressure readings to which the EMS rushed Ms. Pickaree to the hospital.

After the final assessment @ Memorial Hermann Southwest Hospital in April 2008 the ER Doctors told Ms. Pickaree to discontinue the Cymbalta and re-start taking her regular dosage of Neurotin 300 mg.So, Ms. Pickaree started her regular medication, not realizing the serious withdrawal symptoms that would developed after having taken Cymbalta for the 4-5 day duration. (Please read

Plaintiff's Medical Documation pertaining to Cymbalta Withdrawal Side-Effects in attached Exhibit(s) 10.A , Exhibit 15.B , Exhibit 20.C , Exhibit 25.D , Exhibit 30.E , and Exhibit 35.F). for clarification purposes.

      She suffered withdrawal side effects from Cymbalta for the entire period of April 2008 with her repeated Emergency Room Admission for detoxification in Ben Taub's Emergency Room as to not being provided a hospital bed in a private room as to her circumstances of withdrawaling off Cymbalta. She was admitted into the Emergency Room on 5 separate dates to Ben Taub and still suffered the withdrawal from Cymbalta for the duration of April 2008 to which she was a juror in Family Law Court on a Child Custody Case. (Please refer to Plaintiff's Medical Document(s) In Relation to Cymbalta Withdrawal Event).

### B.1. ATTACHED EXHIBIT(S) FOR PLAINTIFF, MARILYN R. PICKAREE, FOR CLERRIFICATION PURPOSES

This is a compiled list of Marilyn R. Pickaree, Attached Exhibit(s) for elaboration and clarification purposes for Case Styled; Marilyn R. Pickaree vs. Eli Lilly Pharmaceutal Company World Headquarters Lilly Corporate Center, et al. Please refer to Plaintiff's Exhibit(s) for these purposes herein.

1) Exhibit 10.A. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of Cymbalta Withdrawal" Medical Record From Harris County Hospital District, Ben Taub Hospital located @ 1504 Taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 18,2008.

2) Exhibit 15.B. Plaintiff Pro Se, Marilyn R. Pickaree, "Record Of Cymbalta Withdrawal " Medical Record from Harris County Hospital District, Ben Taub Hospital located @ 1504 Taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 19,2008. (No. of pages:1).

3) Exhibit 20.C. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of Cymbalta Withdrawal" Medical Record from Harris County Hospital District , Ben Taub Hospital located at 1504 Taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 16,2008. (No. of pages: 2).

4) Exhibit 25.D. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of Cymbalta Withdrawal" Medical Record from Harris County Hospital District, Ben Taub Hospital located @ 1504 Taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 17,2008. (No. of pages : 1).

5) Exhibit 30.E. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of Cymbalta Withdrawal " Medical record from Harris County Hospital District, Ben Taub Hospital located @ 1504 Taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 18,2008. (No. of Pgs: 3).

6) Exhibit 35.F. Plaintiff Pro Se Litgant, Marilyn R. Pickaree, "List of With-drawl/ Side Effects Symptoms from Cymbalta Medication Usage" For the

month of April 2008.

7) Exhibit 40.G. Plaintiff Pro Se Litigant, Marilyn R. Pickaree, "Medwatch
Federal Drug Administration Safety Information and Adverse Event Reporting
Program" for Marilyn R. Pickaree's Reaction to the medication Cymbalta
Withdrawal Side-Effect(s).

8) Exhibit 45.H. "Department of Health and Human Services" correspondence
from MedWatch, The FDA safety Information and Adverse Event Reporting
program in relation to the Cymbalta Side-Effects with Plaintiff, Marilyn R.
Pickaree. Correspondance dated May 21,2008. (No. of pgs.: 1)

9) Exhibit 50.I. Correspondance from "Parker/Waichman, LLP, A National
Lawfirm" In regards to Cymbalta Lawsuit located @ 6 Harbor Park Drive,
Port Washington, NY 11050-4647. Contact Phone No. 516.466.6500. (No. of
pages: 1).

10) Exhibit 55.J. Informative Circular from Baum Hedlund Lawfirm as to
"Cymbalta Withdrawal Litigation" In Re: Saaverdra v. Eli Lilly and Company.
Case No 2:12-cv-09366 (C.D. Ca. 2012) Case filed on October 31,2013 and
Amended on January 1,2013 is a Class-Action Case bought on behalf of
Cymbalta Consumers in California, New York, Massachusetts and Missouri.

11. Exhibit 60.K. Plaintiff Pro Se, Marilyn R. Pickaree, "Prescription For Original Medication "NEUROTIN" to be taken after "CYMBALTA" was discontinued Prescription Dated April 16,2008 from Dr G. Martin Rossi, MD, Neurologist and  Prescription from Ben Taub Hospital (Harris County Hospital District) for "NEUROTIN". Prescription dated April 18, 2008.

## C. PLAINTIFF PRO SE, MARILYN R. PICKAREE CIRCUMSTANCES INVOLVING CYMBALTA.

Plaintiff Pro Se, Marilyn R. Pickaree, was diagnosed by her private neurologist, Dr. Martin G. Rossi, MD in 2003 with perpheral neuropathy and was prescribed Gabapentin (brand name Neurotin) for pain management of her chronic condition . The initial dosage was 100 mg but by April 2008 her neurologist, Dr Rossi had the Gabapentin dosage increased to 300 mg. It was at this time April 2008 that Marilyn R. Pickaree's medication was changed from Gabapentin 300 mg instead to Cymbalta 30 mg by her neurologist as to have the new medicine to be more effective as stated by her neurologist on Ms. Pickaree's Perpheral Neuropathy and depression symptoms.

Marilyn R. Pickaree was given a 7 day initial dosage of Cymbalta 30 mg in a packet that contained 7 pills and then she was prescribed a 30 day supply of Cymbalta by her neurologist, Dr. Rossi. During this time, Ms. Pickaree was a juror in Family Court on a Child Custody case @ The Harris County Family Law Center. She started the initial dosage of Cymbalta for the first 4 days of use and on the fifth day, after having taken the fifth pill she had severe chest pain/ discomfort to which she was at her primary residence and subsequently called for EMS personal to come to her residence. Upon arrival at Ms. Pickaree's Residence the parmadic assessed Ms. Pickaree's vital signs and chest pain/ discomfort at the scene.

The parmadics recorded a blood pressure of 220/110 and basically rushed

Ms. Pickaree to the nearest hospital which was Memorial Hermann Southwest
Hospital; located @ Hwy 59 and Beechnut St. in Houston, Texas. Upon arrival
at the hospital; Emergency Room Ms. Pickaree was assessed futher with her
chest pain discomfort and provide the Emergency Room personal that her
neurologist, Dr. Rossi switched her from gabapentin to Cymbalta and that is when
the ER Doctor informed Ms. Pickaree as to discontinue Cymbalta and to start her
Gabapentin therapy (300 mg) again and to inform her neurologist of the negative
side-effect(s) of Cymbalta in relation for the treatment of the peripheral
neuropathy.

The only question that Ms. Pickaree was concerned about was the time
frame of when Cymbalta would leave her system to which the Emergency Room
Doctor replied 36 to 48 hours and the medication is excreated out the system
through the kidneys/urine. So basically she was discharged from the hospital
within 6-8 hours of arrival and went back to her residence.

It was afterwards a period of 24 hours lapsed after the last Cymbalta
medication was discontinued the the negative withdrawal side effects happened
with Ms. Pickaree, she took the medication from April 12, 2008 to April 16,2008
(Please read Exhibit 40.G. Plaintiff, Marilyn R. Pickaree "MedWatch Federal
Drug Administration Safety Information and Adverse Event Reporting Program")
Also read Exhibit 35.F. Plaintiff, Marilyn R. Pickaree, "List of Withdrawal / Side
Effects Symptoms from Cymbalta Medication Usage" for the Month of April
2008). She admitted herself into the Harris County Hospital District, Ben Taub
Hospital as to endure the physical withdrawal from Cymbalta inside of the

Hospital's Waiting area during her admission on a daily basis from April 16,2008 to April 20,2008 as to the Hospital staffing was not able to provide a room with bed for Ms. Pickaree to be medially monitored during this time.

      The negative experience of Ms. Pickaree, ordeal with Cymbalta Withdrawal Side-Effects was unexpected and most importantly not to be notify of the serious adverse side-efffect(s) not mentioned to her as to the discontunation of Cymbalta was not fully discussed . The withdrawal symptoms continued for the rest of the month of April 2008 and it took a 1 week in hospital stay for Ms. Pickaree. (Please refer to Plaintiff's Exhibit 10.A , 15.B , 20.C , 25.D, 30.E and also refer to Exhibit 35.F. "Plaintiff, Marilyn R. Pickaree "List of Withdrawal/ Side Effects Symptoms from Cymbalta Medication Usage" for the month of April 2008).

      The end result for Ms. Pickaree's negative experience involving Cymbalta in her opinion "one of the worsest anti-depressant " and I will never take another antidepressant ever. The simple fact of the matter is that the consumer(s) who have used Cymbalta for as little as 3 days to 2 weeks can expect to suffer from "Cymbalta Withdrawal" symptoms that can last for the entire month or so, as was the circumstamces involving  Marilyn R. Pickaree. She never had in thought that she would suffer from the  "withdrawal effects" of Cymbalta after having taken the medication for only 1 week. The hospital nurse at Ben Taub hospital along with the staff did little or nothing or provide relief for "Ms. Pickaree's withdrawal symptoms" but rather just medical observation as to her health in general. Even after the 1 week stay @ Ben Taub, Ms. Pickaree still suffered re-lapses in relation

to the discontuation of Cymbalta the entire month of April 2008 after she through the worse was over with the side-effect(s). Cymbalta has long reaching effects that has lasted  for several weeks to months with consumers and most consumers are compiled to continue Cymbalta simply because they cannot quit the medication as to the "withdrawal effect" of the drug..

Even despite the fact that the issue involving Ms. Pickaree's Case happened in April 2008 it stills haunts her to this day and after having the "Cymbalta Withdrawal" issues she maintains that she will not ever take another anti-depressant as Cymbalta was the 3rd antidepressant prescribed to Ms. Pickaree to treat her peripheral neuropathy and depression. She lives with both conditions as of now.

The maker of Cymbalta, Eli Lilly Pharmaceutal Has the obligation and moral standing as to settle all claims involving "Cymbalta Withdrawal" including most importantly, Ms. Pickaree's claim/case involving the practices and misrepresentation of Cymbalta's withdrawal side-effects. The maker, Eli Lilly and it's partners are aware of the serious withdrawal issues surrounding Cymbalta and they should be honest as to inform consumers of the conquenses of stopping anti-depressant s, like Cymbalta, period.

Ms. Pickaree, had no other choice but to stop Cymbalta based on the Emergency Room Doctor's recommendation and it caused her substaintial harm to her mind, body and mental wellbeing to which she seeks monetary compensation for the "Cymbalta Withdrawal Event(s)" that happened during the course of April 2008.

D. PLAINTIFF, MARILYN R. PICKAREE, "STATUTE OF
LIMINATIONS" IN CASE STYLED "PICKAREE VS. ELI
LILLY PHARMACEUTAL COMPANY, INC.,"

By law, within the United States Federal District Court guidelines, In

Re: Saavedra vs. Eli Lilly and Company; Case No. 2:12-cv-09366 (C.D.Ca 2012)

This case was filed on and amended on January 1,2013 to which Plaintiff,

Marilyn R. Pickaree is to file her class-Action Case In Re: Marilyn R. Pickaree

vs. Eli Lilly Pharmaceutal company within the Bob Casey Federal Courthouse of

Houston, Harris County, Texas no later than January 1,2015 to which Plaintiff

will have her case to be filed within the 2 year "Statute Of Limitations" guidelines

if for any reason Defendant, Eli Lilly Pharmaceutal Company fails to satifsty

Plaintiff's Demands for her "Cause of Action" this case will be filed in the Bob

Casey Federal District Courthouse accordingly, by law.

E. RELIEF SOUGHT IN CASE "PICKAREE VS.
ELI LILLY PHARMACEUTAL COMPANY".

Please refer to Plaintiff, Marilyn R. Pickaree, "Individual Settlement

Agreement, Release and Indemnity" for Plaintiff, Marilyn R. Pickaree for

elaboration. In all Plaintiff seeks from Eli Lilly Pharmaceutal Company all just

so compensation for her injuries as a direct result of her use of the medication

"Cymbalta" which is the subject of this litigation, herein.

## F. PRAYER FOR RELIEF

Plaintiff, Marilyn R. Pickaree, prays for a final resolution of her

negative ordeal with her circumstances with Eli Lilly Pharmaceutal Company for

all such and just relief that Plaintiff, Marilyn R. Pickaree is entitled to and that

Defendant , Eli Lilly takes nothing in regards to this litigation.

Respectfully Submitted,

Ms. Marilyn R. Pickaree
Plaintiff Pro Se/ Legal Litigant
12335 Kingsride Lane #129
Houston, Texas  77024-4116
Contact  Phone  No. 832.877.7200
Alternate Phone No. 832.971.1745 (Cellular)

enclosure(s) xx

Ms. Marilyn R. Pickaree
Plaintiff Pro Se Litigant
12335 Kingsride Lane #129
Houston, Texas  77024-4116
Contact Phone No. 832.877.7200
Alternate Phone No. 832.971.1745

Date: _____November 6, 2014_____

Mr. Rick Adams
Litigation Dept @ Eli Lilly
Pharmaceutal Company
639 S. Delware St.
Indianapolis, Indiana  46225

Re: Potential Class-Action Litigation In Re: Marilyn R. Pickaree and All Such
    Other Situated Induvidual(s) vs. Eli Lilly Pharmaceutal Company, as well
    as their Respective Parent Entities, Subsidaries, Affiliates, Interrelated
    Companies, Unincorporated Divisions, Partners and Joint Venturers; and
    each of their employees, servants, attorneys, officers, directors, shareholders
    trustees, agents, administrators, predecessors, successors, fiduciaries, insurers
    and reinsurers, underwriters, legal representatives and assigns, herein.

Re: "Cymbalta Withdrawal Side Effects" lawsuit Against Eli Lilly Pharmaceutal
    Company as to Individual(s) who had signs and symptoms of Withdrawal
    Side Effects after being prescribed Cymbalta and having taken Cymbalta for
    a period of 3 days to 2 weeks or more and experienced withdrawal after
    discontinuation of Cymbalta in this time frame.

Re: Plaintiff Pro Se, Marilyn R. Pickaree, "Original Petition" as to pending
    Litigation to have Eli Lilly Pharmaceutical Company accountable to all
    individuals who had withdrawal side effects from Cymbalta after a period
    of 3 days to 2 weeks or more.

Re: "Attached Exhibit(s) 10.A. 15.B. 20.C. 25.D. 30.E. 35.F. 40.G. 45.H. 50.I.
    55.J, In Re: Marilyn R. Pickaree vs. Eli Lilly Pharmaceutal Compan, as to
    pending Litigation, hereto within The Bob Casey Federal Courthouse of
    Houston, Harris County, Texas. Consolidated.

(3)

Dear Mr. Rick Adams,

        Per our recent conversation with your assistant, Ms. Collins at Eli Lilly Pharmaceutal Company In Regards to the potential Class-Action Lawsuit noted for potential filing within The Bob Casey Federal Courthouse in Houston, Harris County, Texas on my behalf and other such related individuals Please find enclosed for your representative, Eli Lilly Litigation Department's review a copy of Plaintiff, Marilyn R. Pickaree, "Original Petition" with Attached Exhibit(s) in relation to Marilyn R. Pickaree use of the medication "Cymbalta" with detailed medical records of the adverse event associated with her use of the medication "Cymbalta".

        Also please find enclosed Plaintiff, Marilyn R. Pickaree, "Comphrensive Individual Settlement Agreement, Indemnity and Release" to be forwarded under confidentiality Aspect(s) to Eli Lilly Litigation Department, Senior Legal Counsel on Record, as to settle bonafide controversies involving Marilyn R. Pickaree's Case in light of the Medical circumstance(s) transpired in her use of the medication "Cymbalta". Please forward my "Tender of Offer" to settle this "Cause of Action" within this confidentiality aspects.

        Please offer your "Conter-Proposal To Settle" to me at your discreation and at your earliest convience, if for any reason this "Cause Of Action" is not obligated in Plaintiff's Case/Litigation by November 30,2014, I will have no other choice but to proceed to file this Class-Action Litigation no later than January 1,2015 in regards to the issue(s) at light within The Bob Casey Federal

(4)

Courthouse of Houston, Harris County, Texas. Consolidated.

With Regards,
I Am,

Ms. Marilyn R. Pickaree
Plaintiff Pro Se Litigant
12335 Kingside Lane #129
Houston, Texas  77024-4116
Contact Phone No. 832.877.7200
Alternate Phone No. 832.971.1745 (Cellular)

enclosure(s) xx

Cause No. _____

| | |
|---|---|
| Marilyn R Pickaree | U.S. Federal District |
| Plaintiff Pro Se | |
| | Courthouse |
| vs. | |
| | Houston, Harris County, Tx |
| Eli Lilly Pharmaceutal | |
| Company World Headquarter(s) | Bob Casey Federal |
| Lilly Corporate Center | |
| Defendant(s) | Consolidated |

Exhibit 10.A. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of Cymbalta Withdrawal" Medical Record from Harris County Hospital District, Ben Taub Hospital located @ 1504 taub Loop, Houston, Texas 77030. Contact Phone No. 713.873.2000. Date of Emergency Room Admission: April 18,2008. (No. of Pages: 2).

Exhibit 10.A.

| DATE & TIME OF ARRIVAL | PATIENT'S LAST NAME, FIRST, MI. | | DOB | AGE | SEX | RACE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|
| 080418  2345 PICKARCE | | MARILYN | 05181956 041Y | | F | BLACK | |

| STREET | | WHERE PICKED UP: | |
|---|---|---|---|
| CITY  HOUSTON | CTY   ST.  ZIP   TX 77054 | CONDITION ON ARRIVAL:  HOME | BROUGHT IN BY:  FORD | TRIAGE TO: |

MECHANISM OF INJURY:
CHIEF COMPLAINT:  IRRITABILITY

Treatment Prior to Arrival:     Transferred from another Institution:     E.C. No.:

Triage/Comments (Sign Entry)   STATES FEELING NERVOUS AND UNABLE TO SLEEP

Allergies   CELEBREX

| VITAL SIGNS | | | | | PEDI |
|---|---|---|---|---|---|
| Time | B/P | Pulse | Resp | Temp | Ht/Wgt |
| 0020 | 147/85 | 68 | 18 | 98.3 | 100/0 |
| 0735 | 112/47 | 67 | 18 | 75 | |

Nursing Assessment/Comments (Time/Sign Entry)
35  98°  63  18  136/89

IMMUNIZATIONS (PEDI):
☐ UTD   ☐ OTHER   TETANUS (DATE)

1120  121/72  80

| Time/MD | Physician Orders | | ID # | Attending Time/Initial | Nurse Time/Initial | Clerk Time/Initial |
|---|---|---|---|---|---|---|
| | Medical Record  ☐ Inpatient   ☐ Outpatient | | | | | |
| 0970 | When pt returns from eating, please re-✓ BP & report to MD | | 36044 | | | |
| 1120 | D/C Home | | 36044 | | | |

Final Diagnosis:
1. Neuropathic pain    3.
2. _____    4. _____

DISPOSITION DATE/TIME
4/19/08  1625   ☑ HOME   ☐ EXPIRED   ☐ TRANSFER TO:

☐ AMA (1)   ☐ DNA (2)   (TIME/INITIAL) (3)     ADMIT  SERVICE  UNIT  ☐

CONDITION ON DISCHARGE:
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ CRITICAL

NURSE SIGNATURE/NUMBER
Tamera Villasana RN TSU 92

PHYSICIAN SIGNATURE/NUMBER

PHYSICIAN SIGNATURE/NUMBER  36044

PATIENT ID

CONSENT FOR TREATMENT:
WE HEREBY GRANT PERMISSION TO THE AUTHORITIES OF THE HARRIS COUNTY HOSPITAL DISTRICT AND THE MEDICAL STAFF TO PERFORM SUCH EMERGENCY MEDICAL, SURGICAL AND/OR PSYCHIATRIC PROCEDURES THEY DEEM NECESSARY AND TO RELEASE INFORMATION CONTAINED IN THIS REPORT TO THE ATTENDING FAMILY PHYSICIAN AND/OR LAW ENFORCEMENT AGENCIES WHEN NECESSARY.
CONSENTIMIENTO PARA TRATAMIENTO:
DOY MI CONSENTIMIENTO A LAS AUTORIDADES DEL DISTRITO DE HOSPITALES DEL CONDADO DE HARRIS Y AL PERSONAL MEDICO PARA LLEVAR A CABO LOS PROCEDIMIENTOS DE EMERGENCIAS, QUIRURGICOS Y/O PSIQUIATRICOS QUE CREAN NECESARIOS Y A DAR INFORMACION CONTENIDA EN ESTE REPORTE AL MEDICO DE LA FAMILIA Y/O A LAS AGENCIAS GUERNAMENTALES CUANDO SEA NECESARIO.

PICKARCE, MARILYN RUTH
041 F 5520
DATE:  04 / 18 / 08
TIME:      INIT:

PATIENT OR NEAREST RELATIVE (MINOR'S SIGNATURE NOT VALID)     WITNESS/TRANSLATOR

Harris County Hospital District
**EMERGENCY ROOM TRIAGE RECORD**

Retention: HR-4800-04

281675 (12/98)
Page 1 of 2

HARRIS COUNTY HOSPITAL DISTRICT
EMERGENCY CENTER: DISCHARGE INSTRUCTIONS
CENTRO DE EMERGENCIA: INSTRUCCIONES PARA SER DADA DE ALTA

| DIAGNOSIS | MEDICATIONS |
|---|---|
| Neuropathic pain | Neurontin 300 mg, 4 times daily |

**INSTRUCTIONS**

Physician: Return to any ER if symptoms worsen, having chest pain, shortness of breath, or temp >101.

☐ None   Physician Signature/FIRMA DEL MEDICO: _____   ID #: 3604U

Social Services: _____

☐ None   Social Work Signature/FIRMA DEL TRABAJADOR (A) SOCIÁL: _____   ID #: _____

Nursing: _____

| ACTIVITY/ACTIVIDAD | FOLLOW-UP/CONTINUAR SU TRATAMIENTO | DISCHARGE STATUS |
|---|---|---|
| ☐ NORMAL  ☐ BED REST  ☑ OTHER As tolerated | ☐ BEN TAUB CLINIC  ☑ COMMUNITY CLINIC 4 wks  ☐ PRIVATE PHYSICIAN  ☐ PUBLIC HEALTH  ☐ OTHER | ☐ Ambulatory with ☐ Self  ☐ Wheel chair ☐ Family  ☐ Stretcher ☐ Friend ☐ Ambulance |

DIET/DIETA
☐ NORMAL  ☐ CLEAR LIQUIDS  ☑ OTHER no salt, low fat

Instructions/Prescriptions given to:
☐ Patient/Paciente  ☐ Family/Familia  ☐ Friend/Amistad

☐ The above instructions/prescriptions have been explained to me and I understand them.
☐ LAS INSTRUCCIONES/PAPEL DE MEDICINAS MENCIONADAS ARRIBA ME HAN SIDO EXPLICADAS Y LAS HE COMPRENDIDO

PATIENT'S SIGNATURE/FIRMA DE PACIENTE:
NURSE'S SIGNATURE & ID#/FIRMA DE ENFERMERA: 75482

PATIENT ID

Harris County Hospital District
**EMERGENCY ROOM DISCHARGE RECORD**

Retention: HR-4800-04
281675 (12/98)
Page 2 of 2

Cause No. _____

Marilyn R. Pickaree                          U.S. Federal District
Plaintiff Pro Se Litigant
                                             Courthouse
vs.
                                             Houston, Harris County, Tx.
Eli Lilly Pharmaceutal
Company World Headquarter(s)                 Bob Casey Federal Court
Lilly Corporate Center
Defendant(s)                                 Consolidated

_____

     Exhibit 15.B. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of
Cymbalta Withdrawal" Medical record from Harris County Hospital District,
Ben Taub Hospital located @ 1504 Taub Loop, Houston, Texas 77030.
Contact Phone No. 713.873.2000. Date of Emergency Room Admission:
April 19,2008. (No. of Pages: 1).

Exhibit 15 B

Please Check One: [ ✓ ] BTGH   [  ] LBJGH   [  ] QMCH   [  ] CHP (specify) _____   [  ] Check if 2nd sheet

| Clinic: | Date: | Time: | Age: | Sex: | Temp: | Pulse: | BP: | Resp: | Ht.: | Wt.: |
|---|---|---|---|---|---|---|---|---|---|---|
| TeamHall | 4/19/08 | 0840 | 41 | F | 98° | 68 | 112/49 | 16 | | |

**Allergies:** Colchrin

**CC / Reason for Visit:** irritability

**HPI:** switched ~~from~~ to cymbalta from neurontin - dose ↑ 11-15th of April. Went to SW Memorial c tachycardia + HTN urgency, Hbs food 15# since the 15th. Did inj dirty yesterday & then came back to hospital for "monitoring" Pain in knee was. Knee yesterday.

**PMH/FH:** HLD, CAD Rx c SW Memorial waiting for CABG.

**SH:** (-) tob / ETOH ;

**MEDICATIONS**
Altorvastatin 300
Neurontin 300
QID

Coumadin for heart

ASA even though see by neuro & cardio

**REVIEW OF SYSTEMS**

| + | Systems | - | Defer | Positive Findings: |
|---|---|---|---|---|
| | Constitutional Sx. | | | |
| | HEENT | | | ⊘ dysuria |
| | Cardiovascular | | | |
| | Respiratory | | | ⊘ BM + 1 wk  ⊘ constipation |
| | Gastrointestinal | | | |
| | Genitourinary | | | |
| | Musculoskeletal | | | Gen NAD, A+Ox4 |
| | Integumentary/Skin | | | CV RRR, ⊘ m/g/r |
| | Neurological | | | |
| | Psychiatric | | | lungs CTA Ⓑ |
| | Endocrine | | | |
| | Hematology/Lymphatic | | | Abd NT (ND) /soft ⊘ HS |
| | Allergy/Immunology | | | |
| | OB/Gynecological | | | Ext ⊘ pitting |

**ORDERS (Circle)**

| CBC | FBS |
|---|---|
| U/A | HbA1C |
| BUN/Cr | |
| Electrolytes | |
| PAP Smear | |
| Liver Panel | |
| Lipid Panel | |
| Culture / Wet Prep | |
| PPD | EKG |
| Screen Mammogram | |
| C & B | |
| Other: _____ | |
| _____ | |

**PHYSICAL EXAMINATION** / **Diagnosis:**

| + | Systems | - | Defer |
|---|---|---|---|
| | HEENT | | |
| | Neck | | |
| | Chest/Lungs | | |
| | Heart | | |
| | Breast | | |
| | Back | | |
| | Abdomen | | |
| | Genitalia/Pelvic | | |
| | Rectal/Prostate | | |
| | Neurologic | | |
| | Extremities | | |
| | Lymphatic | | |

All pt wants is re-write of Neurontin Rx to 300 QID instead of 600 TID

**Plan:**

[signature] 36044

**Internal Referrals (Circle)**
EXRN
Nutrition
Ophthalmology / Optometry
Podiatry
Social Services / Chaplin
Classes:
Asthma / Diabetes / Pain
Heart / Weight / Exercise
Smoking Cessation / CPR
Breast Health / Oral Health
Prenatal / Childbirth / Other

**Procedures:**

**IMMUNIZATION (Circle)**
Influenza
Pneumococcal
Td
Other:

**Instructions:**

[ ] Medication(s) Risks and Benefits and Plan of Care Discussed

**Patient Name & ID #:**

130 07 86 1  B110
PICKAREE, MARILYN RUTH
F B 05/12/66
G ACX

| MD / RN Signature, Title & ID# | Time: |
|---|---|
| MD / RN Signature, Title & ID# | Time: |
| Employee Signature, Title & ID# | Time: |
| Patient Signature: | Next Appointment: |

Harris County Hospital District
**Adult Primary Care Ambulatory**
**OUTPATIENT RECORD**

MEDICAL RECORDS

Retention: HR-4800-04 281492 (2/03)

Cause No. _____

| | |
|---|---|
| Marilyn R. Pickaree | U.S. Federal District |
| Plaintiff Pro Se Litigant | |
| | Courthouse |
| vs. | |
| | Houston, Harris County, Tx |
| Eli Lilly Pharmaceutal | |
| Company World Headquarter(s) | Bob Casey Federal Court |
| Lilly Corporate Center | |
| Defendant(s) | Consolidated |

Exhibit 20.C. Plaintiff Pro Se, Marilyn R. Pickaree, "Record Of
"Cymbalta Withdrawal" Medical Record from Harris County Hospital District,
Ben Taub Hospital located at 1504 Taub Loop, Houston, Texas 77030. Contact
Phone No. 713.873.2000. Date of Emergency Room Admission: April 16,2008.
(No. of pages: 2)

Exhibit 20.C

**EMERGENCY ROOM TRIAGE RECORD**

| DATE & TIME OF ARRIVAL | PATIENT'S LAST NAME, FIRST, MI. | | DOB | AGE | SEX | RACE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|
| 080416 | 2217 PICKAREE | MARILYN | 05121966 | 041Y | F | BLACK | 013007861 |

STREET: APT 406
WHERE PICKED UP:

CITY: HOUSTON   CTY   ST. ZIP: TX 77054

CONDITION ON ARRIVAL: GOOD / NONE/NOT KNOWN
BROUGHT IN BY: AUTO (713) 796-2356
TRIAGE TO: M   5

MECHANISM OF INJURY: WEAKNESS
CHIEF COMPLAINT: GENERALIZED

Treatment Prior to Arrival:
Transferred from another Institution:   TOTH@08¹²

E.C. No.: B081070276

Triage/Comments (Sign Entry): SEEN AT ER LAST NIGHT FOR SAME, S/S AFTER TAKING CYMBALTA, TT 2228, LS 2227, DPE

Allergies: NO KNOWN ALLERG

Nursing Assessment/Comments (Time/Sign Entry):
0025= 127/83, 84, 18, 98.°

| VITAL SIGNS | | | | | PEDI |
|---|---|---|---|---|---|
| Time | B/P | Pulse | Resp | Temp | HGT/Wgt |
| 2226 | 128/84 | 70 | 18 | 97⁸ | 1001 |
| 1745 | 134/86 | 68 | 18 | 98² | |

IMMUNIZATIONS (PEDI): ☐UTD ☐OTHER TETANUS (DATE) _____

| Time/MD | Physician Orders | ID # | Attending Time/Initial | Nurse Time/Initial | Clerk Time/Initial |
|---|---|---|---|---|---|
| | Medical Record ☐ Inpatient ☐ Outpatient | | | | |
| 930 | d/c home | 2757 | | | |

Final Diagnosis: 1. adverse Response to Cymbalta

DISPOSITION DATE/TIME: 4/17/8 @094K   ☐HOME ☐EXPIRED ☐TRANSFER TO:

CONDITION ON DISCHARGE: ☐GOOD ☒FAIR ☐POOR ☐CRITICAL

CONSENT FOR TREATMENT: WE HEREBY GRANT PERMISSION TO THE AUTHORITIES OF THE HARRIS COUNTY HOSPITAL DISTRICT AND THE MEDICAL STAFF TO PERFORM SUCH EMERGENCY MEDICAL, SURGICAL AND/OR PSYCHIATRIC PROCEDURES THEY DEEM NECESSARY AND TO RELEASE INFORMATION CONTAINED IN THIS REPORT TO THE ATTENDING FAMILY PHYSICIAN AND/OR LAW ENFORCEMENT AGENCIES WHEN NECESSARY.

130 07 B6 1  B10B
PICKAREE, MARILYN RUTH
F B 05/12/66
G A X

Harris County Hospital District
Retention: HR-480094
281675 (12/98) Page 1 of 2

HARRIS COUNTY HOSPITAL DISTRICT
EMERGENCY CENTER: DISCHARGE INSTRUCTIONS
CENTRO DE EMERGENCIA: INSTRUCCIONES PARA SER DADA DE ALTA

| DIAGNOSIS | MEDICATIONS |
|---|---|
| adverse rxn. to Cymbalta. | Stop Cymbalta |
| | |
| | |
| | |

**INSTRUCTIONS**

Physician: _____

(1) follow up with your neurologist

(2) keep appt @ Peoples 6/24/08

(3) keep Cardio copy appt 4/23/08
                fel

☐ None   Physician Signature/FIRMA DEL MEDICO: _fel_         ID #: _____

Social Services: _____

☐ None   Social Work Signature/FIRMA DEL TRABAJADOR (A) SOCIÁL: _____   ID #: _____

Nursing: _Reccow MD I a Instruction above_

_Cardio @ 976?)_

_need appt Cardio 4/23 +_
_has appt @ 6/24_
_Peoples_

| ACTIVITY/ACTIVIDAD | FOLLOW-UP/CONTINUAR SU TRATAMIENTO | DISCHARGE STATUS | |
|---|---|---|---|
| ☑ NORMAL   ☐ BED REST   NORMAL   REPOSO EN CAMA | ☐ BEN TAUB CLINIC _____   CLINICA DE BEN TAUB | ☐ Ambulatory with | ☐ Self |
| ☐ OTHER   OTRO _____ | ☑ COMMUNITY CLINIC   CLINICA DE LA COMUNIDAD | ☐ Wheel chair | ☐ Family |
| | ☐ PRIVATE PHYSICIAN   DOCTOR PARTICULAR | ☐ Stretcher | ☐ Friend |
| **DIET/DIETA** | | | ☐ Ambulance |
| ☑ NORMAL   ☐ CLEAR LIQUIDS   NORMAL   LIQUIDOS CLAROS | ☐ PUBLIC HEALTH _____   CLINICA DE SALUD PUBLICA | Instructions/Prescriptions given to: | |
| ☐ OTHER   OTRO _____ | ☐ OTHER _____   OTRO | ☐ Patient/Paciente | |
| | | ☐ Family/Familia | |
| | | ☐ Friend/Amistad | |

☐ The above instructions/prescriptions have been explained to me and I
understand them.

PATIENT'S SIGNATURE/FIRMA DE PACIENTE: _____

☐ LAS INSTRUCCIONES/PAPEL DE MEDICINAS MENCIONADAS ARRIBA ME
HAN SIDO EXPLICADAS Y LAS HE COMPRENDIDO

NURSE'S SIGNATURE & ID#/FIRMA DE ENFERMERA: _____ 1001/6

PATIENT ID

Harris County Hospital District

**EMERGENCY ROOM DISCHARGE RECORD**

Retention:
HR-4800-04

281675 (12/98)
Page 2 of 2

130 07 B6 1  B10B
PICKAREE, MARILYN RUTH
F B 05/12/66
G A X

| PICKAREE | MARILYN |
|---|---|
| 013007861 | B081070276 |

| PICKAREE | MARILYN |
|---|---|
| 013007861 | B081070276 |

MEDICAL RECORD

Cause No. _____

Marilyn R. Pickaree                         U.S. Federal District
Plaintiff Pro Se Litigant
                                            Courthouse
vs.
                                            Houston, Harris County, Tx.
Eli Lilly Pharmaceutal
Company World Headquarters                  Bob Casey Federal Court
Lilly Corporate Center
Defendant(s)                                Consolidated

_____

     Exhibit 25.D. Plaintiff Pro Se, Marilyn R. Pickaree, "Record of
Cymbalta Withdrawal" Medical Record from Harris County Hospital District,
Ben Taub Hospital located @ 1504 Taub Loop , Houston, Texas 77030. Contact
Phone No. 713.873.2000. Date of Emergency Room Admission: April 17,2008.
                   ( No. of pages: 1)

Exhibit 35. D

| Please Check One: [ ] BTGH   [ ] LBJGH   [ ] QMCH   [ ] CHP (specify) | | | | | | | | | [ ] Check if 2nd sheet |
|---|---|---|---|---|---|---|---|---|---|
| Clinic: TH | Date: 4/1/08 | Time: 845 | Age: 41 | Sex: F | Temp: 972 | Pulse: 68 | BP: 134/86 | Resp: 12 | Ht.: | Wt.: |

**Allergies:**

**MEDICATIONS**

**CC / Reason for Visit:**

**HPI:**

**PMH / FH:**

**REVIEW OF SYSTEMS**

| + | Systems | - | Defer |
|---|---|---|---|
| | Constitutional Sx. | | |
| | HEENT | | |
| | Cardiovascular | | |
| | Respiratory | | |
| | Gastrointestinal | | |
| | Genitourinary | | |
| | Musculoskeletal | | |
| | Integumentary/Skin | | |
| | Neurological | | |
| | Psychiatric | | |
| | Endocrine | | |
| | Hematology/Lymphatic | | |
| | Allergy/Immunology | | |
| | OB/Gynecological | | |

**SH:**

**Positive Findings:**

**ORDERS (Circle)**

CBC    FBS
U / A    HbA1C
BUN / Cr
Electrolytes
PAP Smear
Liver Panel
Lipid Panel
Culture / Wet Prep
PPD    EKG
Breast Mammogram
C & B
Other:

**PHYSICAL EXAMINATION**

| + | Systems | - | Defer |
|---|---|---|---|
| | HEENT | | |
| | Neck | | |
| | Chest/Lungs | | |
| | Heart | | |
| | Breast | | |
| | Back | | |
| | Abdomen | | |
| | Genitalia/Pelvic | | |
| | Rectal/Prostate | | |
| | Neurologic | | |
| | Extremities | | |
| | Lymphatic | | |

**Diagnosis:**

**Internal Referrals (Circle)**

EXRN
Nutrition
Ophthalmology / Optometry
Podiatry
Social Services / Chaplin
Classes:
Asthma / Diabetes / Pain
Heart / Weight / Exercise
Smoking Cessation / CPR
Breast Health / Oral Health
Prenatal / Childbirth / Other

**Plan:**

**Procedures:**

**IMMUNIZATION (Circle)**

Influenza
Pneumococcal
Td
Other:

**Instructions:**

[ ] Medication(s) Risks and Benefits and Plan of Care Discussed

**Patient Name & ID #:**

130 07 86 1  B107
PICKAREE, MARILYN RUTH
F B 05/12/66
G ACX

| MD / RN Signature, Title & ID# | Time: |
| MD / RN Signature, Title & ID# | Time: |
| Employee Signature, Title & ID# | Time: |
| Patient Signature: | Next Appointment: |

Harris County Hospital District
**Adult Primary Care Ambulatory**
**OUTPATIENT RECORD**

MEDICAL RECORDS

Retention: HR-4800-04 281492 (2/03)

Cause No. _____

Marilyn R. Pickaree                          U.S. Federal District
Plaintiff Pro Se Litigant
                                             Courthouse
vs.
                                             Houston, Harris County, Tx.
Eli Lilly Pharmaceutal
Company World Headquarters                   Bob Casey Federal Court
Lilly Corporate Center
Defendant(s)                                 Consolidated

---

Exhibit 30.E.Plaintiff Pro Se, Marilyn R. Pickaree, "Record of
Cymbalta Withdrawal" Medical Record from Harris County Hospital District,
Ben Taub Hospital located @ 1504 taub Loop, Houston, Texas 77030. Contact
Phone No. 713.873.2000. Date of Emergency Room Admission: April 18,2008.
(No. of pages: 3)

Exhibit B to C

| DATE & TIME OF ARRIVAL | PATIENT'S LAST NAME, FIRST, MI. | | DOB | AGE | SEX | RACE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|
| 080418 | 0022 PICKAREE | MARILYN | 05121966 | 041Y | F | BLACK | 013007841 |

STREET  APT 406
WHERE PICKED UP: HOME

CITY  HOUSTON  CTY  ST. ZIP  TX 77054

CONDITION ON ARRIVAL: GOOD  NONE/NOT KNOWN
BROUGHT IN BY: AUTO  GENERALIZED
TRIAGE TO: M 4
(713) 796-2356

MECHANISM OF INJURY: PAIN
CHIEF COMPLAINT: IRRITABILITY  WEAKNESS  LEG

E.C. No.: B0B10900C2

Treatment Prior to Arrival: 0400 - T - 98.3  BP - 131/79 - P-59  R-20

Transferred from another Institution:

Triage/Comments (Sign Entry): CLAIMED SHE'S WIDRAWING FROM MEDS. THAT SHE'S BEEN TAKING FOR 5 YEARS. S1924/B R
Allergies: CELEBREX

Nursing Assessment/Comments (Time/Sign Entry): 0130 T 98.1 121/80 P84 R18

| | VITAL SIGNS | | | | | PEDI |
|---|---|---|---|---|---|---|
| | Time | B/P | Pulse | Resp | Temp | HT/WT |
| | 0001 | 126/ | 70 | 20 | 98 | 988 |

IMMUNIZATIONS (PEDI):
☐ UTD  ☐ OTHER  ☐ TETANUS (DATE) _____

| Time/MD | Physician Orders | | ID # | Attending Time/Initial | Nurse Time/Initial | Clerk Time/Initial |
|---|---|---|---|---|---|---|
| | Medical Record  ☐ Inpatient  ☐ Outpatient | | | | | |
| 5:00 P | D/C Home | | #36094 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Final Diagnosis:
1. Neuropathic pain
2. _____
3. _____
4. _____

DISPOSITION DATE/TIME: 4/18/18 073
☐ HOME  ☐ EXPIRED  ☐ TRANSFER TO:

☐ AMA (1)  ☐ DNA (2)  (TIME/INITIAL) (3)
ADMIT  SERVICE  UNIT  ☐

CONDITION ON DISCHARGE:
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ CRITICAL

NURSE SIGNATURE/NUMBER  PATIENT ID

PHYSICIAN SIGNATURE/NUMBER

PHYSICIAN SIGNATURE/NUMBER  36094

CONSENT FOR TREATMENT:
WE HEREBY GRANT PERMISSION TO THE AUTHORITIES OF THE HARRIS COUNTY HOSPITAL DISTRICT AND THE MEDICAL STAFF TO PERFORM SUCH EMERGENCY MEDICAL, SURGICAL, AND/OR PSYCHIATRIC PROCEDURES THEY DEEM NECESSARY AND TO RELEASE INFORMATION CONTAINED IN THIS REPORT TO THE ATTENDING FAMILY PHYSICIAN AND/OR LAW ENFORCEMENT AGENCIES WHEN NECESSARY.
CONSENTIMIENTO PARA TRATAMIENTO
DOY MI CONSENTIMIENTO A LAS AUTORIDADES DEL DISTRICO DE HOSPITALES DEL CONDADO DE HARRIS Y AL PERSONAL MEDICO PARA LLEVAR A CABO LOS PROCEDIMIENTOS DE EMERGENCIA QUIRURGICOS Y/O PSIQUIATRICOS QUE CREAN NECESARIOS Y A DAR INFORMACION CONTENIDA EN ESTE REPORTE AL MEDICO DE LA FAMILIA Y/O A LAS AGENCIAS GUBERNAMENTALES CUANDO SEA NECESARIO.

PATIENT OR NEAREST RELATIVE  WITNESS/TRANSLATOR
(MINOR'S SIGNATURE NOT VALID)

DATE: 04 / 18 / 00
TIME: INIT.

**Harris County Hospital District**
**EMERGENCY ROOM TRIAGE RECORD**

Retention: HR-4800-04

281675 (12/98)
Page 1 of 2

MEDICAL RECORD

HARRIS COUNTY HOSPITAL DISTRICT
EMERGENCY CENTER: DISCHARGE INSTRUCTIONS
CENTRO DE EMERGENCIA: INSTRUCCIONES PARA SER DADA DE ALTA

| DIAGNOSIS | MEDICATIONS |
|---|---|
| ① Neuropathic pain<br>② Anxiety | Neurontin 600mg three times daily |

### INSTRUCTIONS

Physician:
① Come back to EC if worse.
② Take the medication above
③ Follow up with community clinic in 2-3 weeks

☐ None    Physician Signature/FIRMA DEL MEDICO: _____  ID #: 36094

Social Services: _____

☐ None    Social Work Signature/FIRMA DEL TRABAJADOR (A) SOCIAL: _____  ID #: _____

Nursing: Pt discharged in NAD c̄ above instructions
copy of medication record ☒

| ACTIVITY/ACTIVIDAD | FOLLOW-UP/CONTINUAR SU TRATAMIENTO | DISCHARGE STATUS | |
|---|---|---|---|
| ☒ NORMAL NORMAL    ☐ BED REST REPOSO EN CAMA<br>☐ OTHER OTRO ___ | ☐ BEN TAUB CLINIC CLINICA DE BEN TAUB<br>☒ COMMUNITY CLINIC 2-3 wks CLINICA DE LA COMUNIDAD<br>☐ PRIVATE PHYSICIAN DOCTOR PARTICULAR<br>☐ PUBLIC HEALTH CLINICA DE SALUD PUBLICA<br>☐ OTHER OTRO ___ | ☒ Ambulatory with    ☒ Self<br>☐ Wheel chair    ☐ Family<br>☐ Stretcher    ☐ Friend<br>                            ☐ Ambulance<br>Instructions/Prescriptions given to:<br>☐ Patient/Paciente<br>☐ Family/Familia<br>☐ Friend/Amistad | |
| DIET/DIETA | | | |
| ☒ NORMAL NORMAL    ☐ CLEAR LIQUIDS LIQUIDOS CLAROS<br>☐ OTHER OTRO ___ | | | |

☐ The above instructions/prescriptions have been explained to me and I understand them.

☐ LAS INSTRUCCIONES/PAPEL DE MEDICINAS MENCIONADAS ARRIBA ME HAN SIDO EXPLICADAS Y LAS HE COMPRENDIDO

PATIENT'S SIGNATURE/FIRMA DE PACIENTE: _____

NURSE'S SIGNATURE & ID#/FIRMA DE ENFERMERA: _____ RN 10073

PATIENT ID

Harris County Hospital District
**EMERGENCY ROOM DISCHARGE RECORD**

01300A/30191191
PICKAREE, MARILYN RIGH
041 B 0529
DATE:  04 / 18 / 08
TIME:       UNIT:

Retention:
HR-4800-04
281675 (12/98)
Page 2 of 2

| PICKAREE | MARILYN |
| 013007861 | B081090002 |

| PICKAREE | MARILYN |
| 013007861 | B081090002 |

MEDICAL RECORD

Please Check One:  [ ✓ ] BTGH   [ ] LBJGH   [ ]QMCH   [ ] CHP (specify) _____   [ ] Check if 2nd sheet

| Clinic: BT TH | Date: 4/18/08 | Time: | Age: 41 | Sex: F | Temp: 98 | Pulse: 70 | BP: 126/85 | Resp: 20 | Ht: | Wt: |

| | MEDICATIONS |
|---|---|
| **Allergies:** _Celebrex_ | |
| **CC / Reason for Visit:** _Irritability, diffuse pain_ | |
| **HPI:** 41 yo f c hx as listed below c c/o diffuse pain in bll legs, ... Cymbalta D/C | Neurontin DC 300 |
| **PMH/FH:** HTN; Peripheral neuropathy; Chest pain t prolonged MVI; Depression | |
| **SH:** Never cigarettes, nefan ⊘ × 3 | |

| **REVIEW OF SYSTEMS** | | | | **Positive Findings:** |
|---|---|---|---|---|
| + | Systems | - | Defer | |
| ✓ | Constitutional Sx. | | | chills   Gen: NAD   Neuro: |
| | HEENT | | | |
| | Cardiovascular | | | HEENT: |
| ✓ | Respiratory | | | |
| ✓ | Gastrointestinal | | | epigastric pain, abd. pain   Neck: No stiffness |
| | Genitourinary | | | abd pain   CV: RRR ⊘ m |
| ✓ | Musculoskeletal | | ✓ | |
| ✓ | Integumentary/Skin | | | |
| ✓ | Neurological | | | as per HPI   Resp: CTA B |
| | Psychiatric | | | |
| | Endocrine | | | Abd: soft, benign |
| | Hematology/Lymphatic | | | CN x     EXT: no edema × 3 |
| | Allergy/Immunology | | | |
| | OB/Gynecological | | | |

| **PHYSICAL EXAMINATION** | | | | **Diagnosis:** | Labs: |
|---|---|---|---|---|---|
| + | Systems | - | Defer | Anxiety | 138  103  6    12.6 |
| | HEENT | | | | 4.1  27  10.8    266 |
| | Neck | | | | 2.4 |
| | Chest/Lungs | | | Neuropathic pain | 3.9 |
| | Heart | | | | 3/3/08  TSH 0.89 |
| | Breast | | | | |
| | Back | | | **Plan:** | |
| | Abdomen | | | Increase Neurontin 600 | |
| | Genitalia/Pelvic | | | | |
| | Rectal/Prostate | | | | |
| | Neurologic | | | | |
| | Extremities | | | | |
| | Lymphatic | | | | |

**ORDERS (Circle)**

| | |
|---|---|
| CBC | FBS |
| U / A | HbA1C |
| BUN / Cr | |
| Electrolytes | |
| PAP Smear | |
| Liver Panel | |
| Lipid Panel | |
| Culture / Wet Prep | |
| PPD | EKG |
| Screen Mammogram | |
| C & B | |
| Other: _____ | |

**Internal Referrals (Circle)**

EXRN
Nutrition
Ophthalmology / Optometry
Podiatry
Social Services / Chaplin
Classes:
Asthma / Diabetes / Pain
Heart / Weight / Exercise
Smoking Cessation / CPR
Breast Health / Oral Health
Prenatal / Childbirth / Other

**IMMUNIZATION (Circle)**

Influenza
Pneumococcal
Td
Other:

**Procedures:**

**Instructions:**

[ ] Medication(s) Risks and Benefits and Plan of Care Discussed

| Patient Name & ID #: | MD / RN Signature, Title & ID# | #36094 | Time: |
| | MD / RN Signature, Title & ID# | | Time: |
| 130 07 86 1  8109<br>PICKAREE, MARILYN RUTH<br>F B 05/12/66<br>G ACXE | Employee Signature, Title & ID# | | Time: |
| | Patient Signature: | Next Appointment: | |

Harris County Hospital District
**Adult Primary Care Ambulatory**
**OUTPATIENT RECORD**

MEDICAL RECORDS

Cause No. _____

| | |
|---|---|
| Marilyn R. Pickaree | U.S. Federal District |
| Plaintiff Pro Se Litigant | |
| | Courthouse |
| vs. | |
| | Houston, Harris County, Tx. |
| Eli Lilly Pharmaceutal | |
| Company World Headquarters | Bob Casey Federal Court |
| Lilly Corporate Center | |
| Defendant(s). | Consolidated |

Exhibit 35.F. Plaintiff Pro Se Litigant, Marilyn R. Pickaree, "List
of Withdrawal / Side Effects Symptoms from Cymbalta Medication Usage"
for the Month of April 2008.

*Exhibit 35. A.*

PLAINTIFF PRO SE, MARILYN R. PICKAREE, "WITHDRAWAL
SYMPTOMS FROM CYMBALTA MEDICATION , DURING APRIL 2008.

---

Here is a list of the serious side-effects that I, Marilyn R. Pickaree, experience

from the medication Cymbalta during the time period of April 2008. Some of the

reactions continued well beyond the 1 month after April 2008.

* Irritability

* Severe Stomach Pain(s)

* Severe Lost of Appetite

* Severe Weight Loss (20 lbs to 25 lbs in one week)

* Severe Paranoia Episodes throughout the day.

* Severe Delusional Thoughts at Night ( I had a fear of being alone at night in my
home. I lived alone by myself during the "Cymbalta Withdrawal Events" and
this is the reason I admitted myself into the Ben Taub Hospital as to be in a safe
setting).

* Insomnia (Severe)

*Withdrawal Mini-Seizures

* Severe Headaches

* Drastic Rise and Fall of Blood Pressure. The Highest B/P was 220/96 and the
Lowest B/P  being 68/30.

* Chills

* Nausea

* Nervousness

* Leg Weakness

* Severe Restlessness/ Agitation

Cause No. _____

| | |
|---|---|
| Marilyn R. Pickaree | U.S. Federal District |
| Plaintiff Pro Se Litigant | |
| | Courthouse |
| vs. | |
| | Houston, Harris County, Tx. |
| Eli Lilly Pharmaceutal | |
| Company World Headquarters | Bob Casey Federal Court |
| Lilly Corporate Center | |
| Defendant(s) | Consolidated |

Exhibit 40.G. Plaintiff Pro Se Litigant, Marilyn R. Pickaree, "MedWatch Federal Drug Administration Safety Information and Adverse Event Reporting Program" for Marilyn R. Pickaree reaction to the medication  Cymbalta Withdrawal Side-Effect(s).