IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARILYN P. PICKAREE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-3481 |
| § | |
| ELI LILY PHARMACEUTICAL COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER TO CONTINUE INITIAL CONFERENCE
AND FILING OF JOINT DISCOVERY/CASE MANAGEMENT PLAN**

Defendant Eli Lilly and Company ("Lilly") filed a motion to continue the initial pretrial conference and the filing of the Joint Discovery/Case Management Plan. (Docket Entry No. 26). The additional time is to allow the court to rule on the pending briefed motion to dismiss on the basis of limitation. The plaintiff opposes the continuance. The court finds that it is clearly more efficient to allow that additional time, and it will not cause undue prejudice.

The court grants defendant Eli Lilly and Company's motion to continue. The Initial Conference and Filing of Joint Discovery/Case Management Plan set for March 27, 2015 is cancelled. It is reset to **May 26, 2015**, at 8:30 a.m.

SIGNED on March 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge